# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Simon, Michael H. | U.S. District Court, Oregon | 04/30/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final | 01/01/2020<br>**to**<br>12/31/2020 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

1527 United States Courthouse
1000 Southwest Third Avenue
Portland, OR 97204

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Classroom Law Project |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Simon, Michael H.** | 04/30/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | Concord Theatricals (theatrical royalties for "The Odd Couple" and "Promises Promises") | $10,667.06 |
| 2. 2020 | International Authors Society (theatrical royalties for "The Odd Couple" international productions) | $9,789.83 |
| 3. 2020 | GEP Talent Services, LLC (miscellaneous television rerun royalties) | $398.81 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | U.S. House of Representatives (spouse's wages) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Michael H. | 04/30/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Michael H. | 04/30/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U S Bank NA (checking and savings) | A | Interest | O | T | | | | | |
| 2. OnPoint Community Credit Union (checking and savings) | A | Interest | M | T | | | | | |
| 3. Northwestern Mutual Life Ins. (whole life insurance cash value) | C | Dividend | M | T | | | | | |
| 4. Gold coins | | None | M | T | | | | | |
| 5. Vanguard Brokerage Account (H) | | | | | | | | | |
| 6. -- Vanguard 500 Index mut. fund | D | Dividend | O | T | Buy (add'l) | 01/02/20 | M | | |
| 7. | | | | | Buy (add'l) | 03/17/20 | O | | |
| 8. | | | | | Buy (add'l) | 03/18/20 | N | | |
| 9. | | | | | Buy (add'l) | 03/23/20 | N | | |
| 10. | | | | | Sold (part) | 06/15/20 | P1 | G | |
| 11. -- Vanguard PRIMECAP mut. fund | E | Dividend | O | T | Buy (add'l) | 01/02/20 | K | | |
| 12. -- Vanguard Federal Money Mkt. Fund | A | Dividend | P1 | T | Buy | 06/15/20 | P1 | | |
| 13. -- Vanguard Interm Term Corp Bond Index mut. fund | D | Dividend | | | Sold (part) | 01/02/20 | M | E | |
| 14. | | | | | Sold (part) | 03/17/20 | O | F | |
| 15. | | | | | Sold (part) | 03/18/20 | N | E | |
| 16. | | | | | Sold | 03/23/20 | N | E | |
| 17. Ameriprise Brokerage Account (H) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Michael H. | 04/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | -- Ameriprise cash holding account | A | Interest | J | T | | | | | |
| 19. | -- IShares CORE S&P Mid-Cap ETF Mut. Fund | A | Dividend | | | Buy (add'l) | 02/14/20 | K | | |
| 20. | | | | | | Buy (add'l) | 03/06/20 | J | | |
| 21. | | | | | | Buy (add'l) | 03/25/20 | J | | |
| 22. | | | | | | Sold | 05/15/20 | M | | |
| 23. | -- Vanguard Mid-Cap ETF Mut. Fund | B | Dividend | M | T | Buy | 05/15/20 | M | | |
| 24. | | | | | | Sold (part) | 08/14/20 | J | B | |
| 25. | -- IShares MSCI EAFE Value ETF Mut. Fund | B | Dividend | L | T | Buy (add'l) | 02/14/20 | J | | |
| 26. | | | | | | Buy (add'l) | 03/06/20 | J | | |
| 27. | | | | | | Buy (add'l) | 03/25/20 | J | | |
| 28. | | | | | | Sold (part) | 05/15/20 | J | | |
| 29. | | | | | | Buy (add'l) | 08/14/20 | K | | |
| 30. | -- JPMorgan Large Cap Growth Mut. Fund | D | Dividend | M | T | Sold (part) | 02/14/20 | J | C | |
| 31. | | | | | | Buy (add'l) | 03/06/20 | J | | |
| 32. | | | | | | Sold (part) | 03/25/20 | K | | |
| 33. | | | | | | Buy (add'l) | 05/15/20 | K | | |
| 34. | | | | | | Sold (part) | 08/14/20 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Michael H. | 04/30/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- JPMorgan Tax Aware Equity Mut. Fund | E | Dividend | M | T | Sold (part) | 02/14/20 | J | B | |
| 36. | | | | | Buy (add'l) | 03/06/20 | J | | |
| 37. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 38. | | | | | Sold (part) | 05/15/20 | K | A | |
| 39. | | | | | Sold (part) | 08/14/20 | J | B | |
| 40. -- Loomis Sayles Growth Mut. Fund | C | Dividend | M | T | Sold (part) | 02/14/20 | J | A | |
| 41. | | | | | Buy (add'l) | 03/06/20 | J | | |
| 42. | | | | | Sold (part) | 03/25/20 | J | | |
| 43. | | | | | Buy (add'l) | 05/15/20 | K | | |
| 44. | | | | | Sold (part) | 08/14/20 | J | A | |
| 45. -- MFS Int'l. Value Mut. Fund | C | Dividend | L | T | Sold (part) | 02/14/20 | J | | |
| 46. | | | | | Buy (add'l) | 03/06/20 | J | | |
| 47. | | | | | Sold (part) | 03/25/20 | J | | |
| 48. | | | | | Sold (part) | 08/14/20 | K | C | |
| 49. -- MFS Muni. High Inc. Mut. Fund | B | Dividend | L | T | Buy (add'l) | 02/14/20 | J | | |
| 50. | | | | | Sold (part) | 03/06/20 | J | A | |
| 51. | | | | | Sold (part) | 03/25/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Michael H. | 04/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | Buy (add'l) | 05/15/20 | J | | |
| 53. | | | | | | Buy (add'l) | 08/14/20 | J | | |
| 54. | -- MFS Value Mut. Fund | C | Dividend | M | T | Sold (part) | 02/14/20 | J | C | |
| 55. | | | | | | Buy (add'l) | 03/06/20 | J | | |
| 56. | | | | | | Buy (add'l) | 03/25/20 | J | | |
| 57. | | | | | | Sold (part) | 05/15/20 | J | A | |
| 58. | | | | | | Buy (add'l) | 08/14/20 | J | | |
| 59. | -- Multi Mgr. Small Cap Equity Strat. Mut. Fund | A | Dividend | M | T | Sold (part) | 02/14/20 | J | A | |
| 60. | | | | | | Buy (add'l) | 03/06/20 | J | | |
| 61. | | | | | | Buy (add'l) | 03/25/20 | J | | |
| 62. | | | | | | Sold (part) | 05/15/20 | K | | |
| 63. | | | | | | Sold (part) | 08/14/20 | J | A | |
| 64. | -- Multi Mgr. Total Return Bond Strat. Mut. Fund | C | Dividend | M | T | Buy (add'l) | 02/14/20 | J | | |
| 65. | | | | | | Sold (part) | 03/06/20 | J | A | |
| 66. | | | | | | Sold (part) | 03/25/20 | J | | |
| 67. | | | | | | Buy (add'l) | 05/15/20 | J | | |
| 68. | | | | | | Buy (add'l) | 08/14/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Michael H. | 04/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | -- Multi Mgr. Value Strat. Mut. Fund | C | Dividend | M | T | Sold<br>(part) | 02/14/20 | J | A | |
| 70. | | | | | | Buy<br>(add'l) | 03/06/20 | J | | |
| 71. | | | | | | Buy<br>(add'l) | 03/25/20 | J | | |
| 72. | | | | | | Buy<br>(add'l) | 05/15/20 | J | | |
| 73. | | | | | | Sold<br>(part) | 08/14/20 | J | A | |
| 74. | -- Nuveen Interm. Dur. Muni. Bond Mut.<br>Fund | B | Dividend | | | Buy<br>(add'l) | 02/14/20 | K | | |
| 75. | | | | | | Sold<br>(part) | 03/06/20 | J | A | |
| 76. | | | | | | Sold<br>(part) | 03/25/20 | J | | |
| 77. | | | | | | Buy<br>(add'l) | 05/15/20 | J | | |
| 78. | | | | | | Sold | 08/14/20 | M | B | |
| 79. | -- Nuveen Ltd. Term Mini. Bond Mut. Fund | A | Dividend | M | T | Buy | 08/14/20 | M | | |
| 80. | -- Wells Fargo Emerg. Mkts. Equity Mut.<br>Fund | A | Dividend | M | T | Sold<br>(part) | 02/14/20 | J | A | |
| 81. | | | | | | Buy<br>(add'l) | 03/06/20 | J | | |
| 82. | | | | | | Buy<br>(add'l) | 03/25/20 | J | | |
| 83. | | | | | | Sold<br>(part) | 05/15/20 | K | | |
| 84. | | | | | | Sold<br>(part) | 08/14/20 | J | B | |
| 85. | -- Wells Fargo Short Term Mini. Bond Mut.<br>Fund | A | Dividend | | | Sold<br>(part) | 02/14/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Michael H. | 04/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Sold (part) | 03/06/20 | J | | |
| 87. | | | | | Sold (part) | 03/25/20 | J | | |
| 88. | | | | | Buy (add'l) | 05/15/20 | J | | |
| 89. | | | | | Sold | 08/14/20 | L | A | |
| 90. -- Western Asset Interm. Term Muni. Mut. Fund | C | Dividend | M | T | Buy (add'l) | 02/14/20 | J | | |
| 91. | | | | | Sold (part) | 03/06/20 | J | | |
| 92. | | | | | Sold (part) | 03/25/20 | J | | |
| 93. | | | | | Buy (add'l) | 05/15/20 | J | | |
| 94. | | | | | Sold (part) | 08/14/20 | J | A | |
| 95. -- Goldman Sachs GQG Int'l. Opptys Mut. Fund | A | Dividend | L | T | Sold (part) | 02/14/20 | J | B | |
| 96. | | | | | Sold (part) | 03/06/20 | J | A | |
| 97. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 98. | | | | | Sold (part) | 05/15/20 | K | B | |
| 99. | | | | | Sold (part) | 08/14/20 | J | A | |
| 100. -- Mainstay Mackay Tax Free Bond Mut. Fund | A | Dividend | L | T | Buy | 08/14/20 | L | | |
| 101. -- Franklin Templeton Growth Allocation Class A Mut. Fund | C | Dividend | L | T | | | | | |
| 102. Co-Trustee of [redacted] Trust (H) | | | | | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Michael H. | 04/30/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- U S Bank, NA (checking and savings) | A | Interest | | | Distributed | 06/30/20 | N | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Simon, Michael H.** | 04/30/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III, Line 1: In 2020, Concord Theatricals acquired the catalogs of Samuel Franch, Inc. ("Odd Couple" royalties) and Tams-Witmark Music Library, Inc. ("Promises Promises" royalties).

Part VII, Lines 22, 28, 32, 42, 45, 47, 62, 66, 76, 83. 85, 86, 87, 91, and 92: No gains; sold at a loss.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature:** **s/ Michael H. Simon**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544